UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 22-MJ-00001-GMH |
| v. : | |
| : | |
| **JAMES WAYNE BROOKS,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Joseph DeGaetano is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No.481052


    */s/ Jospeh DeGaetano*
JOSEPH DEGAETANO
TN Bar No. 021448
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW
Washington, D.C. 20530
Telephone No. (423) 385-1345
Joseph.DeGaetano@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 12th day of January 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                  */s/ Joseph DeGaetano*
                                          Joseph DeGaetano
                                          Assistant United States Attorney