**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 1:22-cr-00018-JMC |
| **v.** : | |
| : | |
| **JAMES WAYNE BROOKS,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S MOTION TO FILE SENTENCING MEMORANDUM ONE DAY OUT OF TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to accept the government's sentencing memorandum, electronically filed on the docket in this case on Friday, October 21, 2022. According to the Court's minute order of August 4, 2022, the government's memorandum was due in court on Thursday, October 20, 2022. The government's internal review of the draft memorandum caused the government to inadvertently miss the filing deadline.

The undersigned has spoken with opposing counsel, who informed me he does not oppose this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   s/ Zachary Phillips

Assistant United States Attorney
CO Bar No. 31251
Capitol Riot Detail
United States Attorney's Office, Detailee
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (729) 281-1611
Zachary.phillips@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 24th day of October, 2022 a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

s/ *Zachary Phillips*
Assistant United States Attorney
CO Bar No. 31251
Capitol Riot Detail
United States Attorney's Office, Detailee
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (729) 281-1611
Zachary.phillips@usdoj.gov
