**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:22-cr-00018-JMC** |
| v. | : | |
| | : | |
| **JAMES WAYNE BROOKS,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Filing.

In footnote 3 of the Government's Sentencing Memorandum, reference is made to an "attached" table of cases. (ECF 31:16 fn. 3). The attachment was not included in the Sentencing Memorandum but is attached to this filing.

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    United States Attorney
                                                    D.C. Bar No. 481052

By:    *s/ Zachary Phillips*
           Assistant United States Attorney
           CO Bar No. 31251
           Capitol Riot Detail
           United States Attorney's Office, Detailee
           1801 California Street,
           Suite 1600 Denver, CO 80202
           Telephone: (720) 281-1611
           Zachary.phillips@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 28th day of October, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*s/ Zachary Phillips*
Assistant United States Attorney
CO Bar No. 31251
Capitol Riot Detail
United States Attorney's Office, Detailee
1801 California Street,
Suite 1600 Denver, CO 80202
Telephone: (720) 281-1611
Zachary.phillips@usdoj.gov